FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 12, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHEYENNE J. K.,<br><br>     Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>     Defendant. | NO:  4:26-CV-5025-TOR<br><br>ORDER REMANDING CASE |

BEFORE THE COURT is the parties' Stipulated Motion to Remand (ECF No. 10).  Based on the parties' stipulation, this case is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Remand (ECF No. 10) is **GRANTED**. The Commissioner's decision regarding Plaintiff's application for disability insurance benefits under Title II and Title XVI of the Social Security Act is **REVERSED** and **REMANDED** to the Commissioner of Social Security

ORDER GRANTING MOTION TO REMAND ~ 1

pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Commissioner will reevaluate the Plaintiff's symptom testimony; reevaluate the opinion evidence; offer the Plaintiff a new administrative hearing; take further action to develop the administrative record, as necessary; and issue a new decision.

2. Plaintiff will be entitled to reasonable attorney's fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

3. All pending motions are **DENIED** as moot.

The District Court Executive is hereby directed to enter this Order, provide copies to counsel, enter judgment for Plaintiff, and **CLOSE** the file.

**DATED** June 12, 2026.



THOMAS O. RICE
United States District Judge

ORDER GRANTING MOTION TO REMAND ~ 2